JS-6

1 | E. MARTIN ESTRADA
United States Attorney
2 | DAVID M. HARRIS
3 | Assistant United States Attorney
Chief, Civil Division
4 | CEDINA M. KIM
5 | Assistant United States Attorney
Senior Trial Attorney, Civil Division
6 | JENNIFER LEE TARN, CSBN 240609
7 | Special Assistant United States Attorney
Office of the General Counsel
8 | Social Security Administration
9 | 6401 Security Boulevard
10 | Baltimore, MD 21235
Telephone: (510) 970-4861
11 | Email: Jennifer.Tarn@ssa.gov
12
13 | Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| JULIE FAY CIERLEY, | Case No. 5:23-cv-02285-DFM |
| Plaintiff, | |
| | **JUDGMENT** |
| v. | |
| MARTIN O'MALLEY, | |
| Commissioner of Social Security,[1] | |
| Defendant. | |

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1  The Court having approved the parties' stipulation to remand this case
2  pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent
3  with that stipulation and for entry of judgment for Plaintiff, judgment is hereby
4  entered for Plaintiff.
5
6
7  DATED:  January 10, 2024
8  _____
   HON. DOUGLAS F. MCCORMICK
   UNITED STATES MAGISTRATE JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28